UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| Sandra K. Kinstle, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 3:10-cv-13455-DRH-PMF |
| Cheryl Cook v. Bayer Corporation, et al. | No. 3:12-cv-20027-DRH-PMF |
| Corinna Sacchetta v. Bayer Corporation, et al. | No. 3:10-cv-20519-DRH-PMF |
| Jennifer Engholm v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 3:09-cv-20080-DRH-PMF |
| Pamela Hamilton v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 3:09-cv-20051-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 30, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

Dated: February 1, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.01
09:02:07 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT